### In re: CHECKING ACCOUNT OVERDRAFT LITIGATION

**Jeffrey Buffington, Jeanette Buffington, on behalf of themselves and all others similarly situated, Plaintiffs–Appellees,**

v.

**Suntrust Banks, Inc., Defendant–Appellant.**

**No. 10–12373.**

United States Court of Appeals, Eleventh Circuit.

April 28, 2011.

Edward Adam Webb, G. Franklin Lemond, Jr., Webb, Klase & Lemond, L.L.C., Atlanta, GA, Robert C. Gilbert, Bruce Rogow, Alters Law Firm, Miami, FL, for Plaintiffs–Appellees.

Lynette Eaddy Smith, Lindsey Bowen, William N. Withrow, Jr., Troutman Sanders, Atlanta, GA, for Defendant–Appellant.

Before PRYOR and COX, Circuit Judges, and WATKINS,* District Judge.

PER CURIAM:

After oral argument in this case, the United States Supreme Court decided *AT&T Mobility LLC v. Concepcion,* —— U.S. ——, 131 S.Ct. 1740, 179 L.Ed.2d 742 (2011). The district court's order denying the motion to compel arbitration is VACATED, and this case is remanded to the district court for reconsideration in light of the Supreme Court's opinion.

VACATED AND REMANDED.[1]

---

* Honorable W. Keith Watkins, United States District Judge for the Middle District of Alabama, sitting by designation.

1. This is an unlimited remand.